UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Comcast of Maine/New Hampshire, Inc.

         v.                                        Civil No. 06-cv-113-JM

Elizabeth Tulchinsky


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

         SO ORDERED.

August  11,   2006                         /s/ James R. Muirhead
                                           James R. Muirhead
                                           United States Magistrate Judge



cc:    John M. McLaughlin, Esq.
       R. Peter Shapiro, Esq.
       Elizabeth Tulchinsky , pro se